```
                                                            FILED
                                                      U.S. DISTRICT COURT
              IN THE UNITED STATES DISTRICT COURT       AUGUSTA DIV.

           FOR THE SOUTHERN DISTRICT OF GEORGIA  AUG -8  AM 10: 17

                          AUGUSTA DIVISION       CLERK  BMcCarthy
                                                       SO. DIST. OF GA
```

STEPHEN BRYANT SCOTT, JR.,            )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )     CV 106-56
                                      )
                                      )
RONALD STRENGTH,                      )
                                      )
    Defendant.                        )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion for a preliminary injunction, Doc. 8, is **DENIED**. Plaintiff Ronald Lord is **DISMISSED** from this action. Claims 1, 7, 8, 9, 10, 11, and 13 of plaintiff's amended complaint are **DISMISSED**.[1]

SO ORDERED this 8th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The substance of plaintiff's amended claims is included in the Report and Recommendation.