ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 MAR 30 P 12: 21

CLERK b McCarty
SO. DIST. OF GA.

| | |
|---|---|
| STEPHEN BRYANT SCOTT, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 106-056 |
| RONALD STRENGTH, Sheriff, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

SO ORDERED this 30th day of March, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE